

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00909-CV

**REFUND ADVISORY CORP.**,
Appellant

v.

Albert **URESTI**, In his official capacity as Bexar County Tax Asserror-Collector and Bexar County,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08726
Honorable David Peeples, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file notice of appeal is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court